# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**PATRICIA FORD,** **PLAINTIFF**

**V.** **CAUSE NO. 4:05CV130-P-B**

**DEBRA GRAVES,** **DEFENDANT**

## ORDER

The Court having reviewed the Complaint in preparation of the Report and Recommendation issued this date, it is, therefore,

**ORDERED:**

That the Clerk shall forthwith file the Complaint submitted by plaintiff, so as to make the same a part of the record herein.

**THIS**, the 7th day of July, 2005.

/s/ Eugene M. Bogen
U. S. MAGISTRATE JUDGE