# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

PATRICIA FORD,                                                                                    PLAINTIFF

V.                                                                                    CAUSE NO. 4:05CV130-P-B

DEBRA GRAVES,                                                                                    DEFENDANT

## FINAL JUDGMENT

Upon consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated July 7, 2005, was on that date duly served by regular mail upon plaintiff at her last known address and that she filed objection thereto. The Court is of the opinion that the magistrate judge's Report and Recommendation should be approved and adopted as the opinion of the Court and that the plaintiff's objections thereto should be overruled.

Simply stated, despite the plaintiff's objections, she fails to state a valid claim under Title VII because she admits that her former employer had less than 15 employees. Title VII only applies to employers who have 15 or more employees. Furthermore, the plaintiff fails to state a valid claim under the Equal Pay Act because she did not show that a male received more money than she did for the same work. The Equal Pay Act requires, among other things, that one gender gets paid more than another gender for the same work. Here, the plaintiff alleges that someone of the same gender received more money for equal work.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) The Report and Recommendation of the United States Magistrate Judge dated July 7, 2005, is approved and adopted as the opinion of the Court;

(2) The plaintiff's motions for leave to proceed *in forma pauperis* and for appointment of

1

counsel are denied; and

    3. The plaintiff's Complaint is hereby dismissed with prejudice; and the Clerk shall forthwith **CLOSE** this case.

    **THIS**, the 18th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE